TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00085-CR

Charles Ray Lloyd, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 47,883, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

Appellant moves to dismiss this appeal. See Tex. R. App. P. 42.2(a). The motion is
granted. The appeal is dismissed.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: March 12, 1998

Do Not Publish